**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

MARIA DEL CARMEN AGUILERA MORA,
*individually and on behalf of others similarly*
*situated,*

                1:21-cv-07243-GHW

              **(PROPOSED) JUDGMENT**

              Plaintiffs,

      -against-

CHINELUS CORP.  (D/B/A CHINELOS II)
and ALMA FELICIES,

              Defendants.
-------------------------------------------------------X

WHEREAS on or about February 10, 2022, Defendants CHINELUS CORP. (D/B/A

CHINELOS II) and ALMA FELICIES extended to Plaintiff MARIA DEL CARMEN AGUILERA

MORA an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the

amount of Five Thousand Five Hundred Dollars and Zero Cents ($5,500.00), and whereas said

Plaintiff accepted said offer on or about February 10, 2022.

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the

amount of Five Thousand Five Hundred Dollars and Zero Cents ($5,500.00).

Dated: New York, New York

      _____ , 2022

                            _____

                            JUDGE GREGORY H. WOODS, U.S.D.J.