**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

MARIA DEL CARMEN AGUILERA MORA,
*individually and on behalf of others similarly*
*situated,*

                                    Plaintiffs,

             -against-

CHINELUS CORP.  (D/B/A CHINELOS II)
and ALMA FELICIES,

                                    Defendants.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/22

1:21-cv-07243-GHW

**JUDGMENT**

WHEREAS on or about February 10, 2022, Defendants CHINELUS CORP. (D/B/A CHINELOS II) and ALMA FELICIES extended to Plaintiff MARIA DEL CARMEN AGUILERA MORA an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Five Thousand Five Hundred Dollars and Zero Cents ($5,500.00), and whereas said Plaintiff accepted said offer on or about February 10, 2022.

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of Five Thousand Five Hundred Dollars and Zero Cents ($5,500.00).

Dated: New York, New York

       February 11, 2022

                                                  _____
                                                  JUDGE GREGORY H. WOODS, U.S.D.J.